1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-797 WHA |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER TO CONTINUE |
| | ) | |
| BRIAN LALOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties jointly request that, subject to the Court's approval, the change of plea and sentencing hearing presently set for June 21, 2011 be continued to June 29, 2011 at 3:00pm.

When defendant Brian Lalor last appeared before the Court on March 15, 2011, the parties informed the Court that they had reached an agreement in principle regarding the plea in the case and needed additional time to put the agreement into writing. Rather than delay the proceedings, the parties requested that a pre-plea presentence report be prepared to allow for change of plea and summary sentencing at the next appearance. The Court agreed, and referred the case for a pre-plea PSR. The Court scheduled June 21st for change of plea and summary sentencing. The final PSR was disclosed on June 8th, one day late and while defense counsel was out of the district at a work-related conference in Indianapolis.

1    The terms of the plea agreement have now been finalized. Both defense counsel and
2 government counsel are requesting a short continuance solely to allow sufficient time to
3 complete the sentencing memoranda that will be filed. Specifically, the parties jointly stipulate
4 and request a continuance of one week to June 29, 2011 at 3:00pm.
5    IT IS SO STIPULATED.

6

7   June 15, 2011                                    /s/
    DATED                                            OWEN MARTIKAN
8                                                    Assistant United States Attorney

9

10  June 15, 2011                                    /s/
    DATED                                            JODI LINKER
11                                                   Assistant Federal Public Defender

12
       IT IS SO ORDERED.
13

14   June 16, 2011.
    DATED                                            WILLIAM H. ALSUP
15                                                   United States District Judge

16

17

18

19

20

21

22

23

24

25

26
STIP. & [PROPOSED] ORDER TO CONT.
*US v. Lalor,* Case No. CR 10- 0797 WHA        2