1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA,                    )
7                      Plaintiff,                ) No.  CR 10-0797 WHA
                                                 )
8          v.                                    ) [~~PROPOSED~~] STIPULATED
                                                 ) ORDER CONTINUING
9  BRIAN LALOR,                                  ) SENTENCING HEARING
                                                 )
10                     Defendant.                ) **Current Hearing Date:** June 29,
                                                 ) 2011 at 2:00 p.m.
11                                               )
                                                   **New Hearing Date:** July 25, 2011 at
                                                   2:00
12

13      Change of plea and sentencing in the above-entitled case are currently scheduled for

14 June 29, 2011 at 2:00 p.m.. In this proposed stipulated order, undersigned counsel represents

15 that the Assistant Federal Public Defender assigned to this matter, Jodi Linker, very recently

16 suffered an unexpected death in her immediate family. She is currently on leave.

17      To permit Ms. Linker adequate time to complete the presentence process and submit a

18 sentencing memorandum, the defense respectfully requests that sentencing be continued to

19 Monday, July 25, 2011 at 2:00 p.m.. Undersigned counsel has confirmed with Probation

20 Officer Dickens that he is available on that date. Assistant United States Attorney Martikan is

21 also available on that date, and has no objection to the defense's requested continuance.

22      Therefore, for good cause shown the sentencing hearing now scheduled for June 29,

23 2011 is hereby vacated. The matter shall be added to the Court's calendar on Monday, July

24 25, 2011 at 2:00 p.m. for change of plea and sentencing.

25      Based upon the representation of counsel and for good cause shown, the Court finds that

26 failing to exclude the time from June 21, 2011 to July 25, 2011 would unreasonably deny the

*Lalor*, CR 10-0797 WHA
ORD. CONT. SENT.

defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 21, 2011 to July 25, 2011 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, and that the continuance it necessary to permit continuity of defense counsel. Therefore, IT IS HEREBY ORDERED that the time from June 21, 2011 to July 25, 2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

  June 23, 2011.
DATED                                    WILLIAM H. ALSUP
                                         United States District Court Judge

IT IS SO STIPULATED.

June 22, 2011                              /s
DATED                                    MELINDA HAAG
                                         United States Attorney
                                         Northern District of California
                                         OWEN MARTIKAN
                                         Assistant United States Attorney


June 22, 2011                              /s   Steven Kalar for Jodi Linker
DATED                                    BARRY J. PORTMAN
                                         Federal Public Defender
                                         Northern District of California
                                         STEVEN G. KALAR
                                         Assistant Federal Public Defender
                                         JODI LINKER
                                         Assistant Federal Public Defender

*Lalor*, CR 10-0797 WHA
ORD. CONT. SENT.                          2