IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-797 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SURRENDER DATE** |
| BRIAN LALOR, | |
| Defendant. | |

On July 26, 2011, defendant Brian Lalor was sentenced by this Court. He was ordered to self-surrender on Tuesday, August 9, 2011, by 2:00 pm. The United States Marshal Service has been working with defense counsel to expedite Mr. Lalor's designation to a federal facility. The parties anticipate that the designation will be completed shortly, but has yet to be done. Therefore, the parties hereby jointly request that the surrender date for Mr. Lalor by continued for ten days to **August 19, 2011**.

The parties anticipate that this continuance will provide sufficient time for the designation to be completed and for Mr. Lalor to make the necessary arrangements to self-surrender to the designated facility.

///

1     Accordingly, the parties hereby stipulate and agree that the self-surrender date for

2 defendant Brian Lalor be continued from August 9 to **August 19, 2011, at 2:00 p.m.**

3     IT IS SO STIPULATED.

5 Dated: August 5, 2011                         /s/
                                                  OWEN MARTIKAN
6                                                   Assistant United States Attorney

8 Dated: August 5, 2011                         /s/
                                                  JODI LINKER
9                                                   Assistant Federal Public Defender

12                                       **[~~PROPOSED~~] ORDER**

13     IT IS SO ORDERED.

14 August 8, 2011.

15 DATED                                                 WILLIAM H. ALSUP
                                                    United States District Judge

26 STIP. & [~~PROPOSED~~] ORDER TO CONT. SURRENDER DATE
*US v. Lalor,* Case No. CR 10- 0797 WHA        2